SPODEK LAW GROUP P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

September 21, 2026

**BY ECF**:

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Robinson Vasquez Germosen
Case No.: 1:25-cr-00346-KAM
Robinson Vasquez Germosen's Limited Joinder in Brady Motions

Dear Judge Matsumoto:

Defendant Robinson Vasquez Germosen, by and through undersigned counsel, respectfully submits this letter to join, to the extent applicable to him, Defendant Luis Leandro Ortiz Ribera's Motion for Sanctions pursuant to the Court's Rule 5(f) Order (ECF No. 237) and Defendant Emmanuel Clase de la Cruz's Renewed Motion to Compel the Production of Exculpatory Brady Materials and Request for Sanctions and Other Relief (ECF No. 239-1).

In particular, Mr. Vasquez joins his co-defendants' applications insofar as they concern the Government's delayed disclosure of favorable information regarding Bettor-1 and other Government witnesses whose anticipated testimony bears upon the charges against Mr. Vasquez, and insofar as they seek the prompt production of any remaining Brady, Giglio, and other favorable material subject to disclosure. As detailed in the underlying motions, the recently produced materials include statements bearing upon Bettor-1's representations to other alleged participants concerning whether he possessed inside information regarding particular wagers. See ECF Nos. 237, 239-1. Those statements are relevant to the Government's allegations against Mr. Vasquez and to his preparation for trial.

Mr. Vasquez does not purport to adopt factual assertions concerning prejudice or circumstances unique to his co-defendants. He respectfully submits, however, that the disclosure issues identified in ECF Nos. 237 and 239-1 implicate his independent right to the timely disclosure of favorable information and his ability to make effective use of that information in preparing his defense. Accordingly, Mr. Vasquez respectfully joins the relief requested in ECF Nos. 237 and 239-1 to the extent that such relief is applicable to him.

Respectfully submitted,

**SPODEK LAW GROUP P.C.**
*/s/ Todd A. Spodek*
Todd A. Spodek
233 Broadway, Suite 710
New York, NY 10279
Tel.: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com
*Counsel for the Defendant,*
*Robinson Vasquez Germosen*

cc: All Counsel of Record (By ECF).